AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. 05 - 617

# ACKNOWLEDGMENT
# OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A*
## *UNITED STATES MAGISTRATE JUDGE*
## *TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF ____1____ COPIES OF AO FORM 85.

AUG 2 2 2005
_____    _____
(Date forms issued)              (Signature of Party or their Representative)

                                 BARA] EVELAND
                                 (Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action